IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BYRON E. ADAMS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-366-NJR-DGW |
| | ) | |
| RICHARD HARRINGTON, SAMUEL NWAOBASI, and BRADLEY J. STIRNAMAN, | ) ) ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On May 17, 2016, a telephonic status conference was held to discuss the schedule in this matter. Parties appeared by counsel and discussed the various pending motions for discovery and extension of time. For the reasons set forth at the conference and below, the following is hereby **ORDERED**:

Plaintiff is granted leave to conduct expert discovery. The Court finds that this matter would benefit from expert testimony on Plaintiff's medical condition, the standard of care, and the injury to Plaintiff's feet. Therefore, Plaintiff's Motion is **GRANTED** (Doc. 96). As outlined in the motion, Plaintiff shall disclose Dr. Barkoff's expert report by May 13, 2016; Defendants shall disclose their expert and expert reports by June 27, 2016; the parties shall depose experts by August 11, 2016.

Defendants' Motions for Extension of Time (Docs. 98 and 103) are **GRANTED IN PART**. Defendant Nwaobasi has filed a Motion for Summary Judgment on May 16, 2016. The response to that motion is **STAYED**. Defendant Nwaobasi is granted leave to supplement his motion by August 29, 2016. The dispositive motion filing deadline is also extended to **August**

**29, 2016**. Plaintiff shall respond to (both) motions for summary judgment and the supplement within 30 days of service or by October 1, 2016.

Defendant Nwaobasi's Motion for Leave to File Excess Pages is **GRANTED** (Doc. 100). However, his Motion for Leave to File a Motion for Summary Judgment on exhaustion is **DENIED** (Doc. 104). While the deadline for such a motion was prior to Defendant Nwaobasi's entry in this case, he waited too long to seek such relief. Defendant was aware of the exhaustion issues because he was represented at the hearing held on June 2, 2015 (Doc. 71). It was not until almost a year later that Defendant sought the opportunity to seek judgment on exhaustion grounds. Such a request is untimely and would further delay these proceedings.

In light of the foregoing, the Final Pretrial Conference before District Judge Rosenstengel is **RESET** to **February 9, 2017 at 10:30 a.m.** The Jury Trial before Judge Rosenstengel is also **RESET** to **February 28, 2017** at **9:00 a.m.** Finally, this matter is set for a telephonic pretrial conference before Magistrate Judge Wilkerson on **January 11, 2017** at **2:30 p.m.** Defendant Nwaobasi to initiate the phone conference. It is unlikely that the deadlines and hearing dates contained in this Order will be moved absent extraordinary circumstances. If the parties believe that a settlement conference would be beneficial, they may contact chambers for a date.

**IT IS SO ORDERED.**

**DATED: May 19, 2016**

        **DONALD G. WILKERSON**
        **United States Magistrate Judge**